# United States Court of Appeals
## For the First Circuit

No. 21-1909

TOGETHER EMPLOYEES, by individual representatives; ROBERTA LANCIONE; JOYCE MILLER; MARIA DIFRONZO; MICHAEL SACCOCCIO; ELIZABETH BIGGER; NATASHA DICICCO; NICHOLAS ARNO; RUBEN ALMEIDA,

Plaintiffs, Appellants,

v.

MASS GENERAL BRIGHAM INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on November 18, 2021, is amended as follows:

On page 4, line 5, replace "was" with "were."

On page 16, line 8, replace "MBG's" with "MGB's."